UNITED STATES Of America, Plaintiff–Appellee

v.

Cesar Omar GONZALEZ, also known as Bebe, Defendant–Appellant.

No. 12–41423
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 25, 2013.

Traci Lynne Kenner, Assistant U.S. Attorney, U.S. Attorney's Office, Tyler, TX, Heather Harris Rattan, Esq., Assistant U.S. Attorney, U.S. Attorney's Office, Plano, TX, for Plaintiff–Appellee.

Seth Kretzer, Law Offices of Seth Kretzer, Houston, TX, for Defendant–Appellant.

Before JOLLY, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Cesar Omar Gonzalez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Gonzalez has filed a response. We have reviewed counsel's brief and the relevant portions

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

398

of the record reflected therein, as well as Gonzalez's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.